JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DAVID SAXTON,                     )    No. LA CV 19-01830-VBF-AGR
                                  )
              Petitioner,         )
                                  )    JUDGMENT
         v.                       )
                                  )
PATRICK COVELLO, Warden,          )
                                  )
              Respondent.         )
_____ )

     IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is summarily dismissed without prejudice.


Dated:  June 6, 2019

_Valerie Baker Fairbank_
_____
Honorable VALERIE BAKER FAIRBANK
Senior United States District Judge